No. 11–7161. FRAME v. MENALLEN TOWNSHIP, PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 11–7164. HEFFERNAN v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 11–7165. WOODS v. MARSHALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–7166. WARREN v. MILYARD, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–7172. GOMEZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–7173. HOFMAN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–7174. IVERSON v. VENUWORKS/COMPASS FACILITIES MANAGEMENT, INC. C. A. 8th Cir. Certiorari denied.

No. 11–7176. GATHER v. OKLAHOMA ARMY NATIONAL GUARD ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–7177. NASH v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 11–7179. MANCUSO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–7182. POPP v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–7183. FLORES v. PUBLIC HEALTH SERVICE ET AL. C. A. 9th Cir. Certiorari denied.

